UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-00125-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

BEN H. JOHNSON, #59458-004

    Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [1042] on Defendant's Motion to Withdraw Guilty Plea. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued November 17, 2006, [1042] is hereby **ADOPTED**. Defendant's Motion to Withdraw Plea of Guilty is hereby **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida this 7th day of December, 2006.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
All counsel and pro se parties of record